UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARTIN J. DONOVAN | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:12 CV00549 (VLB) |
| vs. | : | |
| | : | |
| YALE UNIVERSITY | : | |
| | : | |
| Defendant | : | APRIL 26, 2012 |

## MOTION FOR EXTENSION OF TIME

Defendant hereby moves, pursuant to Local Civil Rule 9(b) for a 30-day extension of time, up to and including June 14, 2012 to file a response to plaintiff's complaint dated April 11, 2012. This extension is necessary because defense counsel was just retained and needs additional time to investigate the factual and legal issues raised by the complaint. We anticipate that Attorney Noonan will be on trial for most of May, 2012. Plaintiff's counsel has indicated that he has no objection to the granting of this motion. This is the first such request for an extension of time.

THE DEFENDANT
YALE UNIVERSITY

BY:   /s/ Patrick M. Noonan  (#ct00189)
Patrick M. Noonan
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168

**ORAL ARGUMENT IS NOT REQUESTED.**

**DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK  •  741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL:  (203) 458-9168  •  FAX:  (203) 458-4424
JURIS NO. 415438

## **CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                                          _____/s/_____
                                                                                            Patrick M. Noonan