UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARTIN J. DONOVAN | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:12 CV00549 (VLB) |
| vs. | : | |
| | : | |
| YALE UNIVERSITY | : | |
| | : | |
| Defendant | : | June 29, 2012 |

## MOTION FOR EXTENSION OF TIME

Defendant hereby moves, pursuant to Local Civil Rule 9(b) for a 30-day extension of time, up to and including July 21, 2012 to file a response to plaintiff's complaint dated April 11, 2012.  The answer to the Complaint has been drafted and is awaiting review by Attorney Noonan. This extension is necessary because defense counsel has been traveling for out-of-state depositions and needs additional time to investigate the factual and legal issues raised by the Complaint. Counsel for the defendant has called plaintiff's counsel several times to inquire as to whether he is agreeable to the granting of this Motion. Plaintiff's counsel has not returned defense counsel's phone calls.  This is defendant's second request for an extension of time within which to plead.

                                          THE DEFENDANT
                                          YALE UNIVERSITY

                                          BY:     /s/ Patrick M. Noonan  (#ct00189)
                                          Patrick M. Noonan
                                            Donahue, Durham & Noonan, P.C.
                                            741 Boston Post Road
                                            Guilford, CT 06437
                                            (203) 458-9168

**ORAL ARGUMENT IS NOT REQUESTED**

DONAHUE, DURHAM & NOONAN, P.C.
CONCEPT PARK  •  741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL:  (203) 458-9168  •  FAX:  (203) 458-4424
JURIS NO. 415438

## CERTIFICATION

      I hereby certify that, on the above-written date, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                       **/s/**
                                                 **Patrick M. Noonan**