UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARTIN DONOVAN | : | |
| PLAINTIFF, | : | |
| VS. | : | NO. 3:12cv00549(VLB) |
| YALE UNIVERSITY, | : | |
| DEFENDANT. | : | OCTOBER 11, 2012 |

**CONSENT MOTION FOR EXTENSION OF TIME**

The plaintiff, Martin Donovan, hereby respectfully moves this Honorable Court for an extension of time, from October 14, 2012 to November 14, 2012 to respond to Defendant's First Set of Interrogatories and Request for Production.   The defendant consents to the instant Motion.

                           THE PLAINTIFF


                      /s/
       BY_____
            WILLIAM S. PALMIERI
            Law Offices of William S. Palmieri, L.L.C.
            Federal Bar No. ct14361
            129 Church Street,  Suite 405
            New Haven, CT 06510
            PHONE: (203) 562-3100
            FAX:  (203) 909-6006
            EMAIL:  wpalmieri@hotmail.com
            His Attorney

**CERTIFICATION**

      I hereby certify that on this date a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

Patrick Noonan, Esq.
Donahue, Durham & Noonan P.C
741 Boston Post Road
Guilford, CT 06437

                                            /s/ William S. Palmieri
                                            WILLIAM S. PALMIERI