UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARTIN J. DONOVAN | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:12 CV00549 (VLB) |
| vs. | : | |
| | : | |
| YALE UNIVERSITY | : | |
| | : | |
| Defendant | : | March 6, 2013 |

**MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR SUMMARY JUDGMENT**

Defendant, YALE UNIVERSITY, requests an extension of time up to and including April 25, 2013 within which to file a Motion for Summary Judgment in this matter. As outlined more fully in the accompanying memorandum, the reason for this request is that the parties were unable to schedule the deposition of the plaintiff until March 5, 2013. The deposition is now concluded, and the defendant believes that summary judgment is warranted because there is no evidence of age discrimination.

        THE DEFENDANT
        YALE UNIVERSITY

        BY: **/s/ Patrick M. Noonan  (#ct00189)**
        **Patrick M. Noonan**
        **Donahue, Durham & Noonan, P.C.**
        **741 Boston Post Road**
        **Guilford, CT 06437**
        **(203) 458-9168**

**ORAL ARGUMENT IS NOT REQUESTED**

## CERTIFICATION

      I hereby certify that, on the above-written date, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                _____**/s/**_____
                                                         **Patrick M. Noonan**