# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MARTIN J. DONOVAN** | : | |
| | : | |
| **Plaintiff** | : | **CIVIL ACTION NO.:** |
| | : | **3:12 CV00549 (VLB)** |
| **vs.** | : | |
| | : | |
| **YALE UNIVERSITY** | : | |
| | : | |
| **Defendant** | : | **APRIL 18, 2013** |

## DEFENDANT'S MOTION FOR PERMISSION TO FILE AN AMENDED ANSWER

The defendant hereby moves for permission to file an amended answer in order to assert a statute of limitations special defense.  The proposed amended answer is attached hereto as Exhibit A.

THE DEFENDANT
YALE UNIVERSITY

BY:    /s/ Patrick M. Noonan  (#ct00189)
Patrick M. Noonan
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168

## CERTIFICATION

I hereby certify that, on the above-written date, a copy of the foregoing Defendant's Motion for Permission to File an Amended Answer was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____/s/_____
**Patrick M. Noonan**