UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARTIN J. DONOVAN | : |
|     Plaintiff | : CIVIL ACTION NO.: |
| | : 3:12 CV00549 (VLB) |
| vs. | : |
| YALE UNIVERSITY | : |
|     Defendant | : APRIL 25, 2013 |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendant hereby moves for summary judgment on the plaintiff's age discrimination claim brought under the Connecticut Fair Employment Practices Act on the ground that the plaintiff did not file his administrative complaint within 180 days of the alleged discriminatory acts. Even if the plaintiff had timely filed his administrative complaint, he cannot establish a prima facie case of age discrimination under either the Connecticut Fair Employment Practices Act or the Age Discrimination in Employment Act, because he was not qualified for his position and his termination did not occur under circumstances giving rise to an inference of discrimination. The plaintiff also cannot prevail on his intentional infliction of emotional distress claim, because the alleged conduct of the defendant was not extreme and outrageous. The accompanying memorandum of law supports this motion.

THE DEFENDANT
YALE UNIVERSITY

BY:   /s/ Patrick M. Noonan (#ct00189)
Patrick M. Noonan
Colleen Noonan Davis (#ct27773)
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168

### CERTIFICATION

I hereby certify that, on the above-written date, a copy of the foregoing Motion for Summary Judgment was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/
Patrick M. Noonan