UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARTIN J. DONOVAN : | |
| : | |
| PLAINTIFF, : | |
| : | |
| VS. : | NO. 3:12-cv-00549 (VLB) |
| : | |
| YALE UNIVERSITY : | |
| : | |
| DEFENDANTS. : | MAY 15, 2013 |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

    The plaintiff, Martin J. Donovan, hereby respectfully moves this Honorable Court for an extension of time, from May 16, 2013 to July 1, 2013, to respond to the defendant Yale University Motion for Summary Judgement.  The defendant filed a lengthy Motion for Summary Judgment in this matter, and the instant Motion is directed at the time to respond to the defendant's Motion.  The defendant consents to this first Motion for Extension of Time.

    This Complaint in the instant case alleges numerous causes of actions against the defendant.  The arguments of the defendant are directed at a large part of the plaintiff's Complaint, and require individual, responses to the Motion for Summary Judgment.

    In support of the instant motion, the undersigned represents that he was engaged in trial in New Haven Superior Court through much of late January and

**early February, 2013.   Thereafter, the undersigned commenced trial in the State of Connecticut Superior Court on March 19, 2013, in the matter of** <u>State v. Hilary Prosper</u>**, NNH-CR11-0116322-T, a Part A criminal matter.  Verdict was rendered on this matter on April 15, 2013.**

**Thereafter, the undersigned prepared for and appeared to commence civil trial in** <u>Mary Manzo v. Officer F. Canace, et. al.</u> **NNH-CV-09-5026642-S, on April 17, 2013.  After intensive settlement negotiations spanning the day, the matter resolved.**

**In further support of the instant motion, the undersigned represents that engaged in extensive preparation for a lengthy trial in** <u>Distiso v. Town of Wolcott, et al.</u>**, 3:05cv1910(VLB), including preparation of a voluminous Joint Trial Memorandum, originally due on April 1, 2013.  This matter, which has been the subject of two interlocutory appeals to this Honorable Court, was scheduled for jury selection in April 30, 2013, and trial throughout May, 2013.  After intensive private negotiations, and a second, ten hour mediation before the court, the matter reached resolution.  The completion of the settlement, including extensive drafting and revision of closing documents acceptable to all parties, has finally concluded on April 30, 2013.**

In addition to the instant matter, the undersigned is drafting a brief in opposition to setting aside an Arbitration Award in <u>Stratford v. Jasinski, et al.</u>, pending in State Court, due 5/20/13.

Further, the undersigned is drafting the following, inter alia: a complex brief to the Second Circuit Court of Appeals in <u>Adams v. Yale New Haven Hospital</u>, 12cv4279.  This matter has been the subject of two prior Second Circuit submissions, subsequent to jury trial to verdict.  Plaintiff's brief is due on June 3, 2013.  Plaintiff is presently drafting the following:  Summary judgment responses in <u>Hopkins v. NEHC</u>, 3:11-cv-1639(JCH) (5/20/13); <u>Karout v. McBride, et al</u>, 3:11-cv-01148(JBA) (6/10/13); <u>Bull v. Stamford</u>, 3:12-cv-1644(CSH) (2 motions to dismiss) (06/24/13);   <u>Maio v. Police Service</u>, 3:10-cv-1463 (RNC) (6/17/13); and  <u>Burch-Minikan v. NEHC</u>, 3:11-cv-1637(WWE) (7/22/13).

The undersigned is additionally drafting an appellate brief in State Court in the matter of <u>Nodoushani v. SCSU</u>, A.C. 34778, due July 1, 2013.

Further, on May 14, 2013, the undersigned had extensively prepared for and argued an appeal before the Second Circuit in <u>Mills v. SCSU</u>, 11-3688cv.

In addition, the undersigned has been engaged in a myriad of other state, federal and administrative matters, in conjunction with the duties and obligations attendant to a busy solo law practice.   Further, the undersigned's long term legal

secretary has left his employment on March 29, 2013, and on May 7, 2013 the new assistant of the undersigned has commenced employment.

For good cause shown, in the interest of justice and absence of prejudice or delay, with the consent of the defendants the undersigned moves for an extension of time to reply to defendants' Motion to for Summary Judgment to July 1, 2013.

THE PLAINTIFF

BY: __/s/_____
WILLIAM S. PALMIERI
Law Offices of William S. Palmieri, L.L.C.
Federal Bar No. ct 14361
129 Church Street, Suite 405
New Haven, CT 06510
PHONE: (203) 562-3100
FAX: (203) 909 6006
EMAIL: wpalmieri@hotmail. com

## CERTIFICATION

I hereby certify that on this date a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic

filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

**Patrick M. Noonan, Esq.**
**Donahue, Durham & Noonan, P.C.**
**741 Boston Post Road**
**Guilford, CT 06437**

_____/s/_____
WILLIAM S. PALMIERI