UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARTIN J. DONOVAN | : | |
| | : | |
|    Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:12 CV00549 (VLB) |
| vs. | : | |
| | : | |
| YALE UNIVERSITY | : | |
| | : | |
|    Defendant | : | MAY 31, 2013 |

## MOTION FOR RELIEF FROM ORDER

The defendant Yale University hereby moves for relief from the Court's May 22, 2013 order requiring the parties "to comply with the Court's 4/26/13 Order directing the parties to file a joint statement of undisputed facts as to the dates of the events relevant to this action, including the dates of any CHRO or EEOC filings and/or determinations, such that the Court may determine its jurisdiction over this matter pursuant to 29 U.S.C. 626 and may rule on the Defendant's [32] Motion for Permission to File an Amended Answer."

After receiving the Court's May 22, 2013 order, defense counsel again contacted plaintiff's counsel in an effort to submit a Joint Statement of Undisputed Facts. On May 23, 2013, defense counsel wrote plaintiff's counsel, notifying him of the Court's order and enclosing a proposed Joint Statement of Undisputed Facts.[1]  To date, defense counsel has not received any response

---

[1] Copies of the May 23, 2013 letter and the enclosed Joint Statement of Undisputed Facts are attached hereto as Exhibit A.

**from plaintiff's counsel. Since defense counsel has diligently attempted to comply with the Court's April 26, 2013 and May 22, 2013 orders, but has received no cooperation from plaintiff's counsel, the defendant moves to be released from the Court's order requiring the parties to submit a Joint Statement of Undisputed Facts as to the dates of the events relevant to this action.[2]**

 

                                                **THE DEFENDANT**
                                                **YALE UNIVERSITY**

                                       **BY:   /s/ Patrick M. Noonan  (#ct00189)**
                                                    Patrick M. Noonan
                                                    Colleen Noonan Davis (#ct27773)
                                                    Donahue, Durham & Noonan, P.C.
                                                    741 Boston Post Road
                                                    Guilford, CT 06437
                                                    (203) 458-9168

---

[2] **The defendant notes that it filed a Statement of Undisputed Facts including the dates relevant to the Court's determination of its jurisdiction on May 10, 2013.**

## CERTIFICATION

I hereby certify that, on the above-written date, a copy of the foregoing Motion for Relief from Order was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

_____/s/_____
**Patrick M. Noonan**

3