# EXHIBIT A

# DONAHUE, DURHAM & NOONAN, P.C.

Colleen Noonan Davis
cdavis@ddnctlaw.com

Concept Park
741 Boston Post Road
Suite 306
Guilford, CT  06437
Tel (203) 458-9168
Fax (203) 458-4424

Via Email: wpalmieri@hotmail.com

May 23, 2013

William S. Palmieri, Esq.
129 Church Street, Suite 405
New Haven, CT 06510

    Re:    Donovan v. Yale University

Dear Attorney Palmieri:

    In her May 22, 2013 order, Judge Bryant requested for the second time that we file a Joint Statement of Undisputed Facts. I have enclosed a Joint Statement of Undisputed Facts outlining the dates of events relevant to the determination of the Court's jurisdiction over this matter. Please sign and return the statement to me so that I may file it with the Court. Thank you.

                      Very truly yours,

                      /s/

                      Colleen Noonan Davis

CND/cd
Encs.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARTIN J. DONOVAN : | |
| : | |
| Plaintiff : | CIVIL ACTION NO.: |
| : | 3:12 CV00549 (VLB) |
| vs. : | |
| : | |
| YALE UNIVERSITY : | |
| : | |
| Defendant : | MAY 23, 2013 |

## JOINT STATEMENT OF UNDISPUTED FACTS

The parties submit the following statement of undisputed facts.

1. On August 23, 2010, the plaintiff was terminated from his position as Clinical Administrator in the Department of Ophthalmology. At that time, he was temporarily assigned to the Medical School Financial Operations. The plaintiff was informed that his employment with the defendant would terminate at the end of the 90 day temporary assignment. See, Exhibit A to Affidavits of Cynthia Walker and James Tsai, M.D.

2. On November 15, 2010, the plaintiff's last day of employment with the defendant was extended to February 28, 2011. See, Exhibit B to Affidavit of Cynthia Walker.

3. On February 21, 2011, the plaintiff's last day of employment with the defendant was extended to March 31, 2011. See, Exhibit C to Affidavit of Cynthia Walker.

4. On April 8, 2011, the Connecticut Commission of Human Rights and Opportunities received the plaintiff's Affidavit of Illegal Discrimination, which was dated April 1, 2011 and notarized on April 7, 2011. See, Exhibit A to Local Rule 56(a)(1) Statement.

5. February 19, 2011, a Saturday, was the 180th day following August 23, 2010.

6. On September 30, 2011, the Connecticut Commission on Human Rights and Opportunities completed its Merit Assessment Review and retained the plaintiff's complaint for investigation. A copy of the Merit Assessment Review is attached hereto as Exhibit A.

7. On January 17, 2012, the Connecticut Commission on Human Rights and Opportunities released its jurisdiction over the plaintiff's complaint. A copy of the Release of Jurisdiction is attached hereto as Exhibit B.

8. On April 12, 2012, the plaintiff filed his complaint with the United States District Court for the District of Connecticut.

THE PLAINTIFF

BY:_____
WILLIAM S. PALMIERI
Federal Bar No. Ctl 4361
Law Offices of William S. Palmieri, L.L.C.
129 Church Street, Suite 405
New Haven, CT 06510
(203) 562-3100
(203) 909-6006 (fax)
wpalmieri©hotmail.com
His Attorney


THE DEFENDANT
YALE UNIVERSITY


BY:    /s/ Patrick M. Noonan  (#ct00189)
Patrick M. Noonan
Colleen Noonan Davis (#27773)
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168

## CERTIFICATION

I hereby certify that, on the above-written date, a copy of the foregoing Joint Statement of Undisputed Facts was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/
Patrick M. Noonan