UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARTIN J. DONOVAN | : | |
| PLAINTIFF, | : | |
| VS. | : | NO. 3:12-cv-00549 (VLB) |
| YALE UNIVERSITY | : | |
| DEFENDANT. | : | JUNE 19, 2013 |

### OBJECTION TO MOTION FOR RELIEF FROM ORDER AND MOTION FOR FEES AND COSTS

The plaintiff, Martin J. Donovan, hereby respectfully tenders his Objection to the defendant's Motion For Relief From Order, dated May 31, 2013. The plaintiff further moves this Honorable Court for the imposition upon defendant the fees and costs to prepare and file this Objection and Motion.

In support of its Motion, the defendant has represented to this Honorable Court that "To date, defense counsel has not received any response from plaintiff's counsel." Defendant has further represented that "defense counsel has diligently attempted to comply with the Court's April 26, 2013 and May 22, 2013 orders, but has received no cooperation from plaintiff's counsel." Defendant's Motion For Relief From Order, May 31, 2013.

Both representations are completely untrue, and are material misrepresentations of facts to this Honorable Court.

On April 30, 2013, at 4:16 p.m., Attorney Colleen Noonan Davis sent an email to the undersigned, which stated in its entirety:

> Attorney Palmieri:
> Per the court's order, I drafted the attached Joint Statement of Undisputed Facts.  Let me know if you approve [sic] the statement, and I will file it with the court.  Thank you.

Exhibit A, Noonan email to Palmieri, April 30, 2013, 4:16 p.m.

Attached to defendant's email was its proposed Joint Statement of Undisputed Facts, dated April 30, 2013.  Exhibit B, proposed Joint Statement of Undisputed Facts, April 30, 2013.

On April 30, 2013, at 4:29 p.m., Attorney William S. Palmieri, the undersigned, responded in writing to the defendant's email and proposed Joint Statement of Undisputed Facts.  The entire text of that email reads:

> Dear Colleen:
> I agree to 3, 4, 6, 7 and 8.  With those paragraphs only, you may file the stipulation.
> Sincerely, Bill Palmieri

Exhibit C, Palmieri email to Noonan, April 30, 2013, 4:29 p.m.

Contrary to the false assertions of the defendant, the plaintiff's counsel responded to the defendant's proposed Joint Statement of Undisputed Facts *within thirteen (13) minutes* of receipt of defendant's proposed undisputed facts. Exhibit C.  Plaintiff's counsel plainly and clearly indicated the paragraphs to

which he agreed; thus, the facts to which there was no dispute were known to the defendant on April 30, 2013, at 4:29 p.m.

Nevertheless, the defendant filed the instant Motion, asserting both that "To date, defense counsel has not received any response from plaintiff's counsel", and that it "has received no cooperation from plaintiff's counsel." Neither statement is truthful or accurate.

In conjunction with its misleading statements, the defendant has filed as an exhibit to its Motion a document captioned "Joint Statement of Undisputed Facts", dated May 23, 2013.  See Doc. #40, 5/31/13.  Aside from changing the date of the previous Joint Statement of Undisputed Facts, dated April 30, 2013, forwarded to the undersigned, the filed document *reflects no change whatsoever* to the substance of the claimed undisputed facts.  Put another way, the defendant left in the disputed facts which the plaintiff informed defendant of in writing, and simply changed the date.   This has been presented to this court in conjunction with the false and misleading statements that the plaintiff has not responded to the defendant when presented with proposed undisputed facts.

The misleading statements of the defendant appear designed to entice this Honorable Court to adopt the statement of facts proferred by the defendant, under the false assumption that the undersigned has not expressed plaintiff's dispute of several material proposed facts.   This result would severely prejudice

the plaintiff, and would be based upon the inaccurate recitation of facts submitted to this court by the defendant.

For the reasons stated, the plaintiff respectfully objects to the defendant's Motion For Relief From Order, dated May 31, 2013.

For the reasons stated, the plaintiff further respectfully moves that this Honorable Court impose upon the defendant the fees and costs for the preparation of this Objection and Motion.  But for the misrepresentations of the defendant, which appear designed to mislead this Honorable Court, the instant Objection and Motion would not have been necessary.  Further, had the misrepresentations of the defendant been relied upon by this Honorable Court, the plaintiff would have suffered severe prejudice and harm.


THE PLAINTIFF


BY: __/s/_____
WILLIAM S. PALMIERI
Law Offices of William S. Palmieri, L.L.C.
Federal Bar No. ct 14361
129 Church Street, Suite 405
New Haven, CT 06510
PHONE: (203) 562-3100
FAX: (203) 909 6006
EMAIL: wpalmieri@hotmail. com

## CERTIFICATION

I hereby certify that on this date a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Patrick M. Noonan, Esq.
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437

                                                          /s/
                                       WILLIAM S. PALMIERI