**Subject:** Donovan v. YU
**From:** Colleen Davis <CDavis@ddnctlaw.com>
**Date:** 4/30/2013 4:16 PM
**To:** "wpalmieri@hotmail.com" <wpalmieri@hotmail.com>

Attorney Palmieri:

    Per the court's order, I drafted the attached Joint Statement of Undisputed Facts. Let me know if you approve the statement, and I will file it with the court. Thank you.

Colleen Noonan Davis
Donahue, Durhan, & Noonan, PC
741 Boston Post Road
Guilford, CT 06437
203-458-9168
203-458-4424 (Fax)

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege or other privileges and statutory protections. If you are not the intended recipient or the individual responsible for delivering the e-mail to the intended recipient, please be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify our office by telephone at 203-458-9168. Thanks.

— Attachments: ————————————————————————————

13-04-30 Joint Statement of Undispited Facts.doc      32.5 KB