# EXHIBIT 1

# Colleen Davis

**From:** Colleen Davis
**Sent:** Wednesday, May 01, 2013 9:52 AM
**To:** 'wpalmieri@hotmail.com'
**Subject:** RE: Donovan v. YU

Attorney Palmieri:

     All of the dates included in the Joint Statement are relevant to this case. Paragraph 1 addresses the date on which Mr. Donovan received notice of his termination and Paragraph 2 addresses the first extension of the termination date. Unless you have some reason to dispute the accuracy of the dates, all of the paragraphs in the Joint Statement should be included. Please let me know if you will agree to the statement as I drafted it. Thank you.

Colleen Noonan Davis
Donahue, Durhan, & Noonan, PC
741 Boston Post Road
Guilford, CT 06437
203-458-9168
203-458-4424 (Fax)

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege or other privileges and statutory protections. If you are not the intended recipient or the individual responsible for delivering the e-mail to the intended recipient, please be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify our office by telephone at 203-458-9168. Thanks.

**From:** Bill Palmieri [mailto:wpalmieri@hotmail.com]
**Sent:** Tuesday, April 30, 2013 4:29 PM
**To:** Colleen Davis
**Subject:** Re: Donovan v. YU

Dear Colleen:
I agree to 3, 4, 6, 7 and 8. With those paragraphs only, you may file the stipulation.
Sincerely, Bill Palmieri
On 4/30/2013 4:16 PM, Colleen Davis wrote:

    Attorney Palmieri:

        Per the court's order, I drafted the attached Joint Statement of Undisputed Facts. Let me know if you approve the statement, and I will file it with the court. Thank you.

    Colleen Noonan Davis
    Donahue, Durhan, & Noonan, PC
    741 Boston Post Road
    Guilford, CT 06437
    203-458-9168
    203-458-4424 (Fax)

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the attorney-client privilege or other privileges and statutory protections. If you are not the intended recipient or the individual responsible for delivering the e-mail to the intended recipient, please be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify our office by telephone at 203-458-9168. Thanks.