UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARTIN J. DONOVAN | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| VS. | : | NO. 3:12-cv-00549 (VLB) |
| | : | |
| YALE UNIVERSITY | : | |
| | : | |
| DEFENDANT. | : | AUGUST 8, 2013 |

## CONSENT MOTION FOR EXTENSION OF TIME

## TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The plaintiff, Martin Donovan, hereby respectfully moves this Honorable Court for an extension of time, from August 12, 2013 to September 16, 2013, to respond to the defendant Southern Connecticut State University's Motion for Summary Judgment.   The defendant consents to this first Motion for Extension of Time.

In support of the instant motion, the undersigned represents that he has been  preparing for and conducted a trial in Superior Court on June 11, 2013. This matter has been the subject of several other matters, litigated in administrative and judicial forums.

The undersigned commenced trial in the State of Connecticut Superior Court on March 19, 2013, in the matter of <u>State v. Hilary Prosper</u>, NNH-CR11-0116322-T, a Part A criminal matter.  Verdict was rendered on this matter on April 15, 2013.  The undersigned is presently engaged in preparation for sentencing in this matter, scheduled for July 23, 2013.  An appeal is anticipated.

The undersigned further prepared for and appeared to commence civil trial in <u>Mary Manzo v. Officer F. Canace, et. al.</u> NNH-CV-09-5026642-S, on April 17, 2013.  After intensive settlement negotiations spanning the day, the matter resolved.  The undersigned is presently engaged in finalizing settlement in this matter.

In addition to the instant matter, the undersigned has recently completed drafting a brief in opposition to setting aside an Arbitration Award in <u>Stratford v. Jasinski, et al.</u>, pending in State Court, filed on 5/20/13 and a Summary Judgment response in <u>Maio v. City of New Haven</u>, 3:10-cv-01463(RNC) (06/17/13).

Further, the undersigned has just completed drafting the following, inter alia: a complex brief to the Second Circuit Court of Appeals in <u>Adams v. Yale New Haven Hospital</u>,  12-cv-4279, which has been the subject of two prior Second Circuit submissions, subsequent to jury trial to verdict; and an appellate brief in State Court in the matter of <u>Nodoushani v. SCSU</u>, A.C. 34778, filed July 1, 2013.

Presently, counsel for the plaintiff is drafting the following: two employment complaints to be filed in Federal Court the first being due on August 12, 2013 and the second being due on August 16, 2013, response to motion to dismiss in <u>Molina v. Eagle Leasing Company</u> 3:13-cv-00413(WWE) (08/19/13); response to summary judgment in <u>Wu v. Southern Connecticut State University</u>, 3:10-cv-1927(WWE) (08/19/13); two more employment complaints need to be filed in Federal Court by August 20, 2013; initial discovery in <u>Melendez v. City of New Haven, et al,</u> 3:13-cv-00860 (RNC) (08/22/13); and response to summary judgment in <u>Hunter v. Rachel Ross, et al</u> 3:11-cv-01411 (CSH) (08/23/13)

The undersigned has also briefed and prepared for the matter of <u>Maio v. City of New Haven Department of Police Services, et al</u>, 3:10-cv-01463(RNC) oral argument in which took place today, July 8, 2013.

Further, on May 14, 2013, the undersigned had extensively prepared for and argued an appeal before the Second Circuit in <u>Mills v. SCSU</u>, 11-3688cv.

In addition, the undersigned has been engaged in a myriad of other state, federal and administrative matters, in conjunction with the duties and obligations attendant to a busy solo law practice.   Further, the undersigned's long term legal secretary recently left his employment on March 29, 2013, and on May 7, 2013 the new assistant of the undersigned has commenced employment.

For good cause shown, in the interest of justice and absence of prejudice or delay, with the consent of the defendants the undersigned moves for an extension of time to reply to defendants' Motion for Summary Judgment to September 16, 2013.

THE PLAINTIFF

BY: \_\_/s/_____
WILLIAM S. PALMIERI
Law Offices of William S. Palmieri, L.L.C.
Federal Bar No. ct 14361
129 Church Street, Suite 405
New Haven, CT 06510
PHONE: (203) 562-3100
FAX: (203) 909 6006
EMAIL: wpalmieri@hotmail. com

## CERTIFICATION

I hereby certify that on this date a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Patrick M. Noonan, Esq.
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437

                                                         /s/_____
                                        WILLIAM S. PALMIERI