UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARTIN J. DONOVAN | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| VS. | : | NO. 3:12-cv-00549 (VLB) |
| | : | |
| YALE UNIVERSITY | : | |
| | : | |
| DEFENDANT. | : | SEPTEMBER 16, 2013 |

PARTIAL CONSENT MOTION FOR EXTENSION OF TIME

TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The plaintiff, Martin J. Donovan, hereby respectfully moves this Honorable Court for an extension of time from September 16, 2013, to October 21, 2013, to respond to Defendant's Motion for Summary Judgment.   The defendant partially consents to this third motion for extension of time, to September 30, 2013.

In support of the instant Motion, upon consent and for good cause shown, the undersigned represents the following.  Counsel for the plaintiff is drafting the following: response to motion to dismiss in Melendez v. City of New Haven, et al, 3:13-cv-00860 (RNC) (09/11/13); response to motion for summary judgment in Wu v. SCSU, 3:10cv01929(MPS) (9/16/13); drafting an employment complaint which needs to be filed in Federal Court by September

17, 2013; a Rule 26(f) Meeting Report in <u>Voccola v. Rooney, et al</u>, 3:13-cv-01002(VLB) (09/17/13); a response to motion to dismiss in <u>Molina v. The Eagle Leasing Company</u> 3:13-cv-00413(WWE)(09/23/13); response to motion for summary judgment in <u>Hunter v. Ross</u>, 3:11cv01411(CSH)(9/30/13); response to motion for summary judgment in <u>Girard v. Lincoln College of New England</u> 3:12-cv-00703(AWT)(09/30/13); response to motion to dismiss in <u>Puleo v. Western Connecticut State University</u> 3:13-cv-00936(JCH)(10/01/13); and joint trial memorandum in <u>Girard v. Lincoln College of New England</u> 3:12-cv-00703(AWT)(10/07/13); <u>Parks v. Sikorsky Aircraft Corporation</u>, 3:12-cv-00110(WWE)(10/14/13).

In addition, the undersigned has been engaged in a myriad of other state, federal and administrative matters, in conjunction with the duties and obligations attendant to a busy solo law practice.

Additionally, the undersigned was on vacation from August 9, 2013 through August 16, 2013. Upon his return he was at the bedside of a seriously ill close family member at Yale New Haven Hospital, Saint Raphael's Campus. The family member of the undersigned subsequently passed away, and his wake and funeral took place on August 30 and 31, 2013, at which the undersigned was a pallbearer.

For good cause shown, in the interest of justice and absence of prejudice or delay, with the consent of the defendant the undersigned moves

for an extension of time, to reply to defendants' Motion for Summary Judgment to October 21, 2013.

        THE PLAINTIFF

        BY_____/s/_____
        WILLIAM S. PALMIERI
        Law Offices of William S. Palmieri, L.L.C.
        Federal Bar No. ct14361
        129 Church Street, Suite 405
        New Haven, CT 06510
        (203) 562-3100
        FAX: (203) 909-6006
        His Attorney

**CERTIFICATION**

I hereby certify that on this date a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Patrick M. Noonan, Esq.
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437

                                          /s/
                              WILLIAM S. PALMIERI