UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARTIN J. DONOVAN | : | |
| PLAINTIFF, | : | |
| VS. | : | NO. 3:12-cv-00549 (VLB) |
| YALE UNIVERSITY | : | |
| DEFENDANT. | : | SEPTEMBER 30, 2013 |

**PLAINTIFF'S OBJECTION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I.   INTRODUCTION

The defendant has have moved for summary judgment in the instant case.

For the reasons more thoroughly articulated in the accompanying Memorandum of Law, this honorable court should deny the defendant's motion in its entirety.

The plaintiff, Martin Donovan, is an adult male over the age of sixty years, who has suffered employment discrimination due to his age.  He has brought the instant Complaint sounding in three Counts: violation of the Age Discrimination in Employment Act; age discrimination in contravention of the Connecticut Fair Employment Practices Act; and the intentional infliction of emotional distress.

The defendant has moved for summary judgment in the instant case.  While it admits that it terminated the plaintiff on March 31, 2011, defendant claims that

plaintiff's April 8, 2011 filing with CHRO is untimely.  Defendant further admits that plaintiff was employed by it for thirty-two (32) years, and from 2006 to 2011 held the position of Administrator for the Department of Ophthalmology and Visual Science, yet claims that the plaintiff was not "qualified" for the position he held for five years.  The defendant also claims no inference of age discrimination here, although it confronted the plaintiff with false claims that he was going to retire, and shortly after plaintiff informed defendant that he had no intention to do so, defendant claimed to find fault in plaintiff's job performance.

      As set forth in greater detail in the accompanying Memorandum, the claims of the defendant are without merit. For the reasons set forth therein, summary judgment is inappropriate, and the defendant's motion must be denied in its entirety.

THE PLAINTIFF

BY_____/S/_____
        WILLIAM S. PALMIERI
        Law Offices of William S. Palmieri, L.L.C.
        Federal Bar No. ct14361
        129 Church Street, Suite 405
        New Haven, CT 06510
        PHONE: (203) 562-3100
        FAX:  (203) 909 6006
        EMAIL:  wpalmieri@hotmail.com

## **CERTIFICATION**

I hereby certify that on this date a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Patrick M. Noonan, Esq.
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437

_____/s/_____
WILLIAM S. PALMIERI