UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARTIN J. DONOVAN | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:12 CV00549 (VLB) |
| vs. | : | |
| YALE UNIVERSITY | : | |
| Defendant | : | NOVEMBER 1, 2013 |

### NOTICE OF ERROR IN BRIEF

The defendant, Yale University, wishes to alert the Court to an error of law in its Memorandum of Law in Support of Motion for Summary Judgment and Reply to Plaintiff's Objection to Defendant's Motion for Summary Judgment.  Defense counsel recently discovered a Connecticut Appellate Court decision which contradicts the defendant's statute of limitations argument.  In Vollemans v. Town of Wallingford, 103 Conn. App. 188 (2007), *aff'd*, 289 Conn. 57 (2008), the Appellate Court rejected the federal rule stating that the time limitation for filing a discrimination complaint commences once the plaintiff receives notice of his termination and concluded that the filing period contained in Conn. Gen. Stat. § 46a-82(e) commences upon actual cessation of employment.  Vollemans v. Town of Wallingford, 103 Conn. App. 188, 219 (Conn. App. Ct. 2007).  Therefore, the present plaintiff's age discrimination claim under the Connecticut Fair Employment Practices Act is timely.

**Despite the error in its statute of limitations argument, the defendant contends that it is still entitled to judgment as a matter of law as to all of the plaintiff's claims for the reasons stated in its Memorandum of Law in Support of Motion for Summary Judgment and its Reply to Plaintiff's Objection to Defendant's Motion for Summary Judgment.**

                                        **THE DEFENDANT**
                                        **YALE UNIVERSITY**

                       **BY:**    **/s/ Patrick M. Noonan  (#ct00189)**
                                        **Patrick M. Noonan**
                                        **Colleen Noonan Davis (#27773)**
                                        **Donahue, Durham & Noonan, P.C.**
                                        **741 Boston Post Road**
                                        **Guilford, CT 06437**
                                        **(203) 458-9168**

## CERTIFICATION

  I hereby certify that, on the above-written date, a copy of the foregoing Notice of Error in Brief was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

              _____/s/_____
               **Patrick M. Noonan**