UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARTIN J. DONOVAN : | |
| : | |
| Plaintiff : | CIVIL ACTION NO.: |
| : | 3:12 CV00549 (VLB) |
| vs. : | |
| : | |
| YALE UNIVERSITY : | |
| : | |
| Defendant : | FEBRUARY 14, 2014 |

### Defendant's Motion for Continuance of Compliance with Joint Trial Memorandum Order and Trial

Defendant Yale University hereby requests that compliance with the Joint Trial Memorandum Order be extended until 30 days after the Court's ruling on the defendant's Motion for Summary Judgment. Defendant further moves for a continuance of the trial date until no earlier than June 10, 2014. The reasons for this request are as follows:

1. The Court has scheduled a settlement conference with Magistrate Judge Smith for February 27, 2014. At the present time the compliance with the Joint Trial Memorandum Order is due the following day, February 28, 2014. Defendant believes that it would be preferable to permit the parties to avoid the costs associated with compliance with the Joint Trial Memorandum Order in the event that the case is settled at the settlement conference.

2. The defendant moved for summary judgment in this matter by motion dated April 25, 2013. Defendant desires the opportunity to have that motion heard

and decided prior to beginning trial preparation in order to avoid unnecessary legal expenses. Defendant requests trial be postponed until at least 30 days after the Court's ruling on the Motion for Summary Judgment, but no earlier than June 10, 2014.

    3.    Defense counsel is scheduled to commence a medical malpractice trial on March 25, 2014 in New Haven and another medical malpractice trial on April 8, 2014 in Bridgeport. Defense counsel has three more trials scheduled during the month of May, with the last one starting on May 26, 2014. Therefore Defendant requests that trial in this matter be scheduled no sooner than June 10, 2014.

Plaintiff's counsel has been contacted several times but has not indicated whether he objects to this motion. This is the first request for extension of time with respect to these deadlines.

THE DEFENDANT

YALE UNIVERSITY

BY:   /s/ Patrick M. Noonan (#ct00189)
       Patrick M. Noonan (#ct00189)
       Donahue, Durham & Noonan, P.C.
       741 Boston Post Road
       Guilford, CT 06437
       (203) 458-9168

## CERTIFICATION

I hereby certify that, on the above-written date, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/
Patrick M. Noonan