UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARTIN DONOVAN | : |
| | : |
| v. | : NO. 3:12-CV-549(VLB) |
| | : |
| YALE UNIVERSITY | : |

## JUDGMENT

This action having come before the Court on a motion for summary judgment filed by the defendant, before the Honorable Vanessa L. Bryant, United States District Judge; and

The Court having considered the full record of the case including applicable principles of law, and having issued a memorandum of decision granting the defendant's motion; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and hereby is entered in favor of defendant as to plaintiff's federal claim.

Dated at Hartford, Connecticut, this 25th day of February, 2014.

ROBIN D. TABORA, Clerk


By   /s/LL
      Loraine LaLone
      Deputy Clerk

EOD: 2/25/14